IN THE STATE OF TEXAS
Midland Division COURTHOUSE
Western District of Texas,
Midland Division

FILED
OCT - 3 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JOSE A GALINDO CORTEZ )
    Petitioner/Plaintiff, )
 )
V. ) CR.No. 7:14-CR-125-01 RAJ
 ) 7:19-CV-232
 )
United States of America )
    Respondant. )

Motion To Produce Money

I, Jose A Galindo Cortez, federal register number 09858-180, respectfully move the court for an order to produce money taken by plain, TX. DEA police department on 4/28/14 in the sum of $3,400 + change dollars. This money was taken in violation of the constitution of due process.

(1) The incident accured on 4/28/14.
(2) I was arrested by plaino TX DEA police department.
(3) Money was taken in the sum of $3400, + change dollars.
(4) This money was not returned to me.

SEEK    I request the returned of my money in the form of money order. In a timely fashion or it will consititute 42 U.S.C. § 1983 civil action. I am requesting an attorney. Indigent defendant may proceed under status in subsequent appeallate/civil proceeding. (See Federal Rules of Civil Procedure, Rule 24(a)).

INMATE NAME Jose Galindo
REGISTER NUMBER 09858-180
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL 612

30 SEP 2019 PM 1 T



RECEIVED
OCT 03 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY:_____ DEPUTY

George W. Bush and George W. Bush United States Courthouse and George Mahon Federal Building
200 East Wall Street
Midland, TX 79701